1  HAROLD J. McELHINNY (BAR NO. 66781)
   RACHEL KREVANS (BAR NO. 116421)
2  MATTHEW I. KREEGER (BAR NO. 153793)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105
4  Telephone: (415) 268-7000
   Facsimile:  (415) 268-7522
5
   ERIC S. WALTERS (BAR NO. 151933)
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, California  94304-1018
   Telephone: (650) 813-5600
8  Facsimile:  (650) 494-0792

9  Attorneys for Plaintiff
   CHIRON CORPORATION
10

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                         SACRAMENTO DIVISION

15 | CHIRON CORPORATION,              | No. CIV. S-01-0503 WBS GGH
16 |                     Plaintiff,   | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
17 |      v.                          |
18 | GENENTECH, INC.,                 |
19 |                     Defendant.   |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
**CIV. S-01-0503 WBS GGH**

sf-1940629

1  IT IS HEREBY STIPULATED by and between plaintiff Chiron Corporation and defendant Genentech, Inc. that this action be dismissed with prejudice in all respects pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

Dated:  June ___, 2005                                    MORRISON & FOERSTER

                                                          By:  /s/  (as authorized on June 2, 2005)
                                                               HAROLD J. McELHINNY
                                                               Attorneys for Plaintiff
                                                               CHIRON CORPORATION.

Dated:  June ___, 2005                                    KEKER & VAN NEST, LLP

                                                          By:  /s/  (as authorized on June 2, 2005)
                                                               JOHN W. KEKER
                                                               Attorneys for Defendant
                                                               GENENTECH, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 7, 2005                                      _____
                                                          WILLIAM B. SHUBB
                                                          UNITED STATES DISTRICT JUDGE