1 HAROLD J. McELHINNY (BAR NO. 66781)
RACHEL KREVANS (BAR NO. 116421)
2 MATTHEW I. KREEGER (BAR NO. 153793)
MORRISON & FOERSTER LLP
3 425 Market Street
San Francisco, California 94105
4 Telephone: (415) 268-7000
Facsimile:  (415) 268-7522
5
ERIC S. WALTERS (BAR NO. 151933)
6 MORRISON & FOERSTER LLP
755 Page Mill Road
7 Palo Alto, California  94304-1018
Telephone: (650) 813-5600
8 Facsimile:  (650) 494-0792

9 Attorneys for Plaintiff
CHIRON CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHIRON CORPORATION, | No. CIV. S-01-0503 WBS GGH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| GENENTECH, INC., | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
**CIV. S-01-0503 WBS GGH**

sf-1940629

IT IS HEREBY STIPULATED by and between plaintiff Chiron Corporation and defendant Genentech, Inc. that this action be dismissed with prejudice in all respects pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and costs incurred in connection with this action.

Dated: June ___, 2005            MORRISON & FOERSTER

By: /s/  (as authorized on June 2, 2005)
HAROLD J. McELHINNY
Attorneys for Plaintiff
CHIRON CORPORATION.

Dated: June ___, 2005            KEKER & VAN NEST, LLP

By: /s/  (as authorized on June 2, 2005)
JOHN W. KEKER
Attorneys for Defendant
GENENTECH, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 7, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
**CIV. S-01-0503 WBS GGH**

sf-1940629

1